UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-204 |
| v. | SECTION "N" (JUDGE ENGELHARDT) |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN; and<br>GERARD DUGUE | |

## UNOPPOSED MOTION TO UNSEAL AFFIDAVITS AND OTHER DOCUMENTS AND PLEADINGS IN THIS CONCLUDED CASE WITH INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel comes the Defendant, ANTHONY VILLAVASO, who requests that all matters previously sealed in this case be unsealed for the following reasons:

At the sentencing hearing on April 20, 2016 the Court made reference to and discussed certain affidavits that were filed under seal relating to the Motion to Disqualify Counsel (Doc. # 1178).

Since that time numerous individuals have made inquiries about the content of those documents. Since this case is concluded, and since there is a public interest in knowing the contents of those documents the documents should be unsealed immediately.

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The undersigned counsel has communicated with counsel for the Government, Theodore Carter who has advised that the Government has no objection to the unsealing of those documents.

Additionally, there are a plethora of other documents that remained sealed in this case. Since this case is concluded there is no reason why those other documents should not be unsealed. Accordingly, Defendant moves to unseal those documents as well unless someone can make a showing why a particular document needs to remain sealed.

The right to public trial records is an important component of the First Amendment. The decision to seal records "must be made in light of the presumption that all trial records should be subject to scrutiny by the public." United States v. Holy Land Found., 724 F.3d 685, 690 (5th Cir. 2010). The decision as to access is left to the trial court, but any doubt must weigh in favor of disclosure. Id.

WHEREFORE, the Defendant prays that this Court unseal the Affidavits, pleadings and documents filed in connection with Document 1178 immediately as well as all other sealed documents and pleadings in this case for with.

Respectfully submitted,

By: s//Timothy Meche (19706)
TIMOTHY ALLISON MECHE
700 CAMP STREET
NEW ORLEANS, LA 70130
Telephone: (504) 528-9500
Email: tim_meche@yahoo.com

(Attorney for Anthony Villavasso)

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion has been filed with the Clerk of Court and emailed to all counsel of record this 26th day of April, 2016.

s//Timothy Meche
TIMOTHY ALLISON MECHE